IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BBP HOLDCO, INC., BBP INVESTMENT HOLDINGS LLC, BRUNSWICK BOWLING PRODUCTS, LLC, BRUNSWICK BOWLING MAGYARORSZAG KORKLATOLT FELELOSSEGU TARSASAG, and BBP REYNOSA S. DE R.I. DE C.V., | § § § § § § § § § § | No. 355, 2025<br><br>Court Below: Superior Court of the State of Delaware<br><br><br>C.A. No. N20C-10-135 |
|       Plaintiffs Below,<br>      Appellants, | § § § | |
|   v. | § § § | |
| BRUNSWICK CORPORATION, | § § § | |
|       Defendant Below,<br>      Appellee. | § § | |

Submitted: February 18, 2026
Decided: March 25, 2026

Before **VALIHURA**, **TRAYNOR**, and **GRIFFITHS**, Justices.

## O R D E R

NOW this 25th day of March 2026, the Court having considered this matter on the briefs and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Orders dated September 18, 2023 granting, in part, and denying, in part, Plaintiff's Motion for Partial Summary Judgment and denying Defendant's Motion for Summary Judgment; its Order Resolving Plaintiffs' and Defendant's Cross-Motions for Summary Judgment dated April 8, 2024 and its Order for Entry of Final Judgment on Decision after Trial dated July 14, 2025;

NOW THEREFORE, IT IS ORDERED that the judgment of the Superior Court be

AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice